# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| ANTHONY S. TWITTY )<br>)<br>Plaintiff, )<br>) Civil Action No. 3:20-142<br>v. )<br>)<br>MARGRETT BARNS, )<br>CASEY THORNLEY, ) District Judge Gibson<br>DR. MUHAMMAD NAJI, )<br>TERRI SECHRENGOST, and ) Magistrate Judge Lenihan<br>DIRECTOR, CEO OR PRESIDENT OF )<br>WELL PATH, )<br>) ECF Nos. 79, 87 & 114<br>Defendants. ) | |

## MEMORANDUM ORDER

This civil action was commenced on July 22, 2020, when Plaintiff Anthony S. Twitty filed his first Motion for Leave to Proceed in Forma Pauperis. ECF No. 1. After repeated attempts to achieve in forma pauperis status, Plaintiff's motion was granted on September 18, 2020. The Complaint was docketed by the Clerk of Court that same day. ECF No. 9. The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 114), filed on May 31, 2022, recommended that the Motion for Summary Judgment filed by Defendant Healthcare Administrator Terri Sechrengost (ECF No. 79) be granted. It was further recommended that the Motion for Summary Judgment filed by Defendants Nurse Practitioner Margrett Barns, Director CEO or President of Well Path, Dr. Muhammad Naji, and Physician Assistant Casey Thornley

(ECF No. 87) be granted. It was also recommended that the Court decline to exercise its supplemental jurisdiction over Plaintiff's state law claims. Finally, it was recommended that judgment be entered in favor of all Defendants and that the Clerk mark the case closed.

The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d). Objections for registered users were due on June 14, 2022. Objections for unregistered ECF Users were due by June 17, 2022. ECF No. 114. The Court granted Plaintiff's Motion for Extension of Time to file objections and Plaintiff's new deadline for filing objections was July 29, 2022. ECF No. 116. No objections have been filed.

After review of the pleadings, documents in the case and the Report and Recommendation, the following Order is entered:

**AND NOW,** this 2nd day of August 2022,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant Healthcare Administrator Terri Sechrengost (ECF No. 79) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Nurse Practitioner Margrett Barns, Director CEO or President of Well Path, Dr. Muhammad Naji, and Physician Assistant Casey Thornley (ECF No. 87) is **GRANTED** and that the Court declines to exercise its supplemental jurisdiction over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 114) of Magistrate Judge Lenihan dated May 31, 2022, is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Judgment in favor of all Defendants will be entered and that the Clerk shall mark the case **CLOSED**.

**BY THE COURT**

_Kim R. Gibson_
Kim R. Gibson
UNITED STATES DISTRICT JUDGE

Anthony S. Twitty
FM-4476
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000